United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01935-MJC |
| Mary Ellen Fabbri | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: AutoDocke          Page 1 of 2

Date Rcvd: Sep 15, 2023          Form ID: pdf010          Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 17, 2023:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Sep 15 2023 18:45:02 | Secretary of Housing and Urban Development, 451 Seventh Street SW, Washington, DC 20410-0002 |
| 5499947 | Email/Text: camanagement@mtb.com | Sep 15 2023 18:39:00 | M & T Bank, Attn: Bankruptcy, PO Box 844, Buffalo, NY 14240-0844 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 17, 2023          Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Mary Ellen Fabbri MyLawyer@JPPLaw.com g17727@notify.cincompass.com;provinzano.jasonb125567@notify.bestcase.com |

United States Trustee
    ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| Mary Ellen Fabbri | : | CASE NO.: 5:22-bk-01935-MJC |
| Debtor | : | |

| | |
|---|---|
| Mary Ellen Fabbri aka Mary Ellen Renfer | : |
| Alfred J. Fabbri aka Alfred J. Fabbri, Jr. | : |
| (Co-Debtor) | : |
| Movants | : |
| v. | : |
| M&T Bank in its capacity as Servicer / Agent | : |
| for Secretary of Housing and Urban Development | : |
| Respondent(s) | : |
| and | : |
| Jack N. Zaharopoulos, Trustee | : |
| Trustee | : |

## ORDER

Upon consideration of Movants' Motion to Approve Partial Claims Mortgage/ Subordinate Mortgage and Loan Modification Agreement, Dkt. # 33 ("Motion"), it is

**ORDERED THAT** the Motion to Approve Partial Claims Mortgage/Subordinate Mortgage and Loan Modification is hereby approved, and it is further

**ORDERED** that the recording of said documents neither violates the automatic stay 11 U.S.C. §362, nor the provisions of 11 USC §549.

By the Court,

Mark J. Conway, Bankruptcy Judge
Dated: September 15, 2023