Certificate Number: 17572-PAM-DE-040263430

Bankruptcy Case Number: 22-01935



17572-PAM-DE-040263430

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 1, 2025, at 2:46 o'clock PM PDT, Mary Ellen Fabbri completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: November 1, 2025

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor